## Taschek et vir, Appellants, *v.* Kellam.

Argued March 12, 1973. *Bruce E. Cooper,* with him *Cooper, Friedman & Friedman,* for appellants; *George F. Douglas, Jr.,* with him *Sylvia H. Rambo,* for appellee.

Judgment affirmed.

## Weisman *v.* Rems et vir, Appellants.

Argued March 28, 1973. *Peter P. Liebert, 3rd,* with him *Liebert, Short, Fitzpatrick & Lavin,* for appellants; *Fred Lowenschuss,* with him *Robert P. Snyder,* for appellee.

Order affirmed.